**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7021**

---

JIMMY LAWRENCE NANCE,

Plaintiff - Appellant,

versus

WAYNE PIKE, Sheriff, County of Wythe, Vir-
ginia; SHERIFF'S DEPARTMENT, Wythe County;
COUNTY OF WYTHE, VIRGINIA; UNNAMED DEPUTIES;
MARTY STALLARD; TONY BOLLING; C. M. COLLINS;
JAMES E. SCOTT; ROBERT W. BURNETT; DEPUTY
CRALLEY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-94-149-R)

---

Submitted: August 28, 1997     Decided: September 9, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jimmy Lawrence Nance, Appellant Pro Se.  Elizabeth Kay Dillon,
Kevin Scott Blair, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia;
William Fain Rutherford, Jr., FLIPPIN, DENSMORE, MORSE, RUTHERFORD
& JESSEE, Roanoke, Virginia; Grace Mary DiLiberto, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Nance v. Pike, No. CA-94-149-R (W.D. Va. June 21, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED